433 A.2d 540

Lankenau Hospital v. Smith et al., Appellants.

Argued June 11, 1980.   Joseph Mellace, for appellant;  no appearance entered nor briefs submitted for appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Appeal quashed.

433 A.2d 540

Morelli, Appellant v. Morelli.

Petition for Allowance of Appeal Denied Sept. 15, 1981.

Argued June 10, 1980. William J. McDevitt, for appellant;  Joseph I. Diamond, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.

CAVANAUGH, J., concurred in the result.

HESTER, J., filed a memorandum dissenting statement.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.